## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS CORP., ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:15-cv-2340-GMN-VCF |
| vs. ) | |
| ) | **ORDER** |
| XIAOLONG LI, YANG DAWEI, YANG ) | |
| GUANGLIANG, FA DA, JIANGHONG ) | |
| WANG, AND THE UNKNOWN ) | |
| REGISTRANTS OF: www.0077.net, ) | |
| www.ca0011.com, ww.ca0022.com, ) | |
| www.ca0033.com, www.ca0044.com, ) | |
| www.ca0055.com, www.ca1066.com, ) | |
| www.ca0099.com, www.036.net, ) | |
| www.j111888.com, www.j222888.com, ) | |
| www.j333888.com, www.j666888.com, ) | |
| www.4337.com, www.js722.com, ) | |
| www.3863jsc.com, www.111111.com, ) | |
| www.lz000.com, www.lz0009.com, ) | |
| www.lz11888.com, and www.929266.com, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court are the *ex parte* Motion for Temporary Restraining Order (ECF No. 2) and *ex parte* Motion for Preliminary Injunction (ECF No. 3) filed by Las Vegas Sands Corp. ("Plaintiff") on December 9, 2015. Plaintiff has alleged that Xiaolong Li, Yang Dawei, Yang Guangliang, Fa Da, Jianghong Wang, and the unknown registrants of: www.0077.net, www.ca0011.com, ww.ca0022.com, www.ca0033.com, www.ca0044.com, www.ca0055.com, www.ca1066.com, www.ca0099.com, www.036.net, www.j111888.com, www.j222888.com, www.j333888.com, www.j666888.com, www.4337.com, www.js722.com, www.3863jsc.com, www.111111.com, www.lz000.com, www.lz0009.com, www.lz11888.com, and www.929266.com ("Defendants") have, *inter alia*, committed

trademark infringement by "display[ing] unauthorized and infringing reproductions of the SANDS Mark, the Sunburst design, and/or the Jinsha characters." (Complaint ¶ 22–23, ECF No. 1).

In order to succeed on its motion, "[a] plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).  Injunctive relief is "an extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief." *Id*. at 22.

In the Ninth Circuit, "actual irreparable harm must be demonstrated to obtain a permanent injunction in a trademark infringement action." *Herb Reed Enters., LLC v. Fla. Entm't Mgmt., Inc.*, 736 F.3d 1239, 1249 (9th Cir. 2013).  Accordingly, while "loss of control over business reputation and damage to goodwill could constitute irreparable harm," a court's finding of such harm cannot be "grounded in platitudes rather than evidence." *Id.* at 1250.

Here, Plaintiff has failed to present any evidence with their motions showing irreparable harm.  Instead Plaintiff merely argues that "the gambling public is aware of the Defendants' and similar online casino, have had negative experiences with them, and have associated those negative experiences with Las Vegas Sands." (Mot. for TRO 28:19–21, ECF No. 2).  While Plaintiff provides an email stating such claim, (*id.* at 28:21–27), the email was from a different case with different defendants.  Plaintiffs further allege that "there are additional customers who have been deceived and confused by the Defendants' use of the SANDS Mark on their online casinos but who have not reported the Defendants' fraudulent conduct to Las Vegas Sands." (*Id.* at 29:4–6).  However, without evidence of such additional customers, Plaintiff's claim falls under "speculation on future harm, [which] does not meet the standard of showing 'likely' irreparable harm." *Herb Reed Enters.*, 736 F.3d at 1250.  Currently, there is no showing

1  before the Court that Plaintiff has been harmed in the way it alleges in its motions.  The Court
2  cannot grant these motions without such a showing.  Accordingly,
3       **IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary Restraining Order
4  (ECF No. 2) and Motion for Preliminary Injunction (ECF No. 3) are **DENIED without**
5  **prejudice**.
6       **DATED** this __11__ day of December, 2015.

                                                                   _____
                                                                     Gloria M. Navarro, Chief Judge
                                                                     United States District Judge