**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SANDS CORP., a Nevada corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>XIAOLONG LI, YANG DAWEI, YANG GUANGLIANG, FA DA, JIANGHONG WANG, AND THE UNKNOWN REGISTRANTS OF: www.0077.net, www.ca0011.com, www.ca0022.com, www.ca0033.com, www.ca0044.com, www.ca0055.com, www.ca1066.com, www.ca0077.com, www.ca0088.com, www.ca0099.com, www.036.net, www.4047.com, www.09399.com, www.j111888.com, www.j222888.com, www.j333888.com, www.j666888.com, www.4337.com, www.js722.com, www.3863jsc.com, www.111111.com, www.lz0000.com, www.lz0009.com, www.lz11888.com, and www.929266.com,<br><br>　　　　　　　Defendants. | Case No.  2:15-cv-02340-GMN-VCF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE SUBPOENA AND FOR SERVICE BY OTHER MEANS** |

　　　Before the Court is Plaintiff's Motion for Leave to Serve Subpoena and for Service by Other Means.

　　　Plaintiff Las Vegas Sands Corp. ("Las Vegas Sands") brings this action against, among other Defendants, the unknown registrants of the following domain names: www.0077.net, www.ca0011.com, www.ca0022.com, www.ca0033.com, www.ca0044.com, www.ca0055.com, www.ca1066.com, www.ca0077.com, www.ca0088.com, www.ca0099.com, www.036.net, www.4047.com, www.09399.com, www.j111888.com, www.j222888.com, www.j333888.com, www.j666888.com, www.4337.com, www.js722.com, www.3863jsc.com, www.111111.com, www.lz0000.com, www.lz0009.com, www.lz11888.com, and www.929266.com (collectively, the "Domains").

　　　The registered owners of the Domains are believed to reside in China and are alleged to be using Las Vegas Sands' world famous SANDS Mark, Jinsha characters, and Sunburst design on the homepages of online casinos to falsely affiliate the Domains with Las Vegas Sands and its

1  properties located in Las Vegas, Nevada, and in Macao, China, and to unlawfully and in bad
2  faith advertise, promote, and provide hotel-reservation services using Las Vegas Sands' federally
3  registered trademarks.

4  As set forth in its motion, Las Vegas Sands has attempted to obtain the unknown
5  Defendants' actual names, physical addresses, and email addresses so that it can serve the
6  Summons and Complaint upon the Defendants. However, Las Vegas Sands has not been able to
7  obtain this information because the unknown Defendants have used a privacy protection service
8  offered by GoDaddy.com, LLC ("GoDaddy") and/or its affiliate Domains By Proxy, LLC
9  ("Domains By Proxy"), to conceal the unknown Defendants' true identities, physical addresses,
10 and email address, none of which are listed in the publicly available WHOIS records for the
11 Domains. Accordingly, having considered Las Vegas Sands' motion, and for good cause shown,
12 **IT IS HEREBY ORDERED** that:

13 A. Plaintiff's Motion to Leave to Serve Subpoena and For Service by Other Means is
14 **GRANTED**;

15 B. Plaintiff may serve subpoenas upon GoDaddy and Domains By Proxy to
16 determine the identities, physical addresses, and email addresses of the Defendants; and

17 C. Plaintiff may serve the Summons, Complaint, and all other papers required to be
18 served in this action upon the Defendants to the email addresses provided by GoDaddy and/or
19 Domains By Proxy in response to Las Vegas Sands' subpoenas, for each of the corresponding
20 Domains.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 8, 2016 _____

7081145_1