UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS CORP., a Nevada corporation, ) ) ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> XIAOLONG LI *et al.*, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:15-cv-2340-GMN-VCF <br><br> **ORDER** |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Cam Ferenbach (ECF No. 27), which states that Plaintiff Las Vegas Sands Corporation's ("Plaintiff's") Motion for Default Judgment (ECF No. 26) should be granted. The R&R further recommends that Plaintiff be awarded damages in the amount of $150,000.00, and that pursuant to 15 U.S.C. § 1125(d)(1)(C), GoDaddy and 22net be required to transfer the registrations for the following identified domain names to a domain name registrar of Las Vegas Sands' choice: www.0077.net, www.ca0011.com, www.ca0022.com, www.ca0033.com, www.ca0044.com, www.ca0055.com, www.ca1066.com, www.ca0077.com, www.ca0088.com, www.ca0099.com, www.036.net, www.j111888.com, www.j222888.com, www.j333888.com, www.j666888.com, www.4337.com, www.20288.com, www.js567.com, www.js8666.com, www.js686.com, www.js3333.com, www.js722.com, www.3863.com, www.3863jsc.com, www.jsc0000.com, www.jsc00000.com, www.jsc1111.com, www.jsc11111.com, www.jsc2222.com, www.jsc22222.com, www.jsc3333.com, www.jsc4444.com, www.jsc44444.com, www.jsc5555.com, www.jsc55555.com, www.jsc6666.com, www.jsc88888.com, www.jsc9999.com, www.jsc99999.com, www.111111.com, www.lz0000.com, www.lz0009.com,

1  www.lz11888.com, www.2088666.com, www.2099666.com, www.8566999.com,
2  www.8577999.com, www.8766999.com, www.9500888.com, and www.929266.com
3  ("Identified Domain Names").  The R&R also recommends that pursuant to 15 U.S.C.
4  § 1125(d)(1)(C), if GoDaddy and 22net fail to transfer the registrations of the Identified
5  Domain Names to a domain name registrar of Las Vegas Sands' choice within ten (10) business
6  days of Las Vegas Sands' request, then VeriSign, Inc., the ".com" domain name registry, shall,
7  within ten (10) business days of Las Vegas Sands' request, change the registrar of record for
8  the above listed domain names to a registrar of record of Las Vegas Sands' choice.  Lastly, the
9  R&R recommends that final judgment be entered against Defendants.
10       A party may file specific written objections to the findings and recommendations of a
11 United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B);
12 D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo
13 determination of those portions to which objections are made. *Id*.  The Court may accept, reject,
14 or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge.
15 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is
16 not required to conduct "any review at all . . . of any issue that is not the subject of an
17 objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized
18 that a district court is not required to review a magistrate judge's report and recommendation
19 where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,
20 1122 (9th Cir. 2003).
21       Here, no objections were filed, and the deadline to do so has passed.
22       Accordingly,
23       **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 27) is
24 **ACCEPTED and ADOPTED in full**.
25       **IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (ECF No.

26) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is hereby awarded damages in the amount of $150,000.00.

**IT IS FURTHER ORDERED** that GoDaddy and 22net shall transfer the registrations for the Identified Domain Names to a domain name registrar of Las Vegas Sands' choice.

**IT IS FURTHER ORDERED** that if GoDaddy and 22net fail to transfer the registrations of the Identified Domain Names to a domain name registrar of Las Vegas Sands' choice within ten (10) business days of Las Vegas Sands' request, then VeriSign, Inc. shall, within ten (10) business days of Las Vegas Sands' request, change the registrar of record for the above listed domain names to a registrar of record of Las Vegas Sands' choice.

The Clerk of Court is instructed to enter judgment accordingly and close the case.

**DATED** this   27   day of November, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court